**Order entered December 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01238-CV

**DUFEK MASSIF HOSPITAL CORPORATION
D/B/A UNIVERSITY GENERAL HOSPITAL
AND EDWARD T. LABORDE, JR., Appellants**

**V.**

**SHC SERVICES, INC., D/B/A SUPPLEMENTAL HEALTH CARE, Appellee**

**On Appeal from the 116th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-15-01940**

# ORDER
Before Chief Justice Wright and Justices Lang-Miers and Stoddart

We **DENY** as moot appellee's November 24, 2015 motion to dismiss the appeal.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE